IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VARIOUS PLAINTIFFS | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| v. | : | |
| | : | TRANSFER DISTRICT COURT |
| VARIOUS DEFENDANTS | : | NORTHERN DISTRICT OF OHIO |
| | : | (MARDOC) |

FILED
JUL - 1 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### AMENDED ORDER

AND NOW, this **7th** day of **May, 2010**, it is hereby Ordered that the Order of this Honorable Court entered on March 2, 2010 in 02-md-00875 be **VACATED**; and

**IT IS FURTHER ORDERED** that all claims against all the viable defendants in the cases listed in "Exhibit A", attached, are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2).

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

DATE: 5/7/10